# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>Daniel Martin PONCE-GONZALEZ,<br>Benjamin MADRIGAL BIRRUETA<br><br>*Defendant(s)* | )<br>)<br>)   Case No.<br>)<br>)         1:21-mj-00150-CL<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 19, 2021__ in the county of __Klamath__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession of Methamphetamine |
| 21 U.S.C. § 846 | Conspiracy |

This criminal complaint is based on these facts:

Please see the attached affidavit.

☑ Continued on the attached sheet.

By phone

*Complainant's signature*

David Wentworth, Special Agent, DEA

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __1:04__ a.m./**p.m.**

Date: 8/5/2021

*Judge's signature*

City and state:   Portland, Oregon          STACIE F. BECKERMAN, U.S. Magistrate Judge

*Printed name and title*